UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-253-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERRICK MURRAY | ORDER TO SEAL |

On motion of the Defendant, Errick Murray, and for good cause shown, it is hereby ORDERED that the **[DE 40]** be sealed until further notice by this Court.

SO ORDERED. This 6 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge